# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MIRANT MID-ATLANTIC, LLC** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. **PJM 10-1381** |
| | * | |
| **MONTGOMERY COUNTY,** | * | |
| **MARYLAND** | * | |
| | * | |
| Defendant | * | |

## FINAL ORDER OF JUDGMENT

Upon consideration of the Defendant's Motion to Dismiss [Paper No. 12], oral argument having been held thereon, it is for the reasons stated on the record, this 12th day of July, 2010

**ORDERED**

1. Defendant's Motion to Dismiss [Paper No. 12] is **GRANTED**;

3. This case is **DISMISSED WITHOUT PREJUDICE**; and

4. The Clerk of the Court shall **CLOSE** this case.


_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**