# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

**Case No. 8:10-cv-01381-PJM**

| | |
|---|---|
| MIRANT MID-ATLANTIC, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Notice of Appeal** |
| ) | |
| MONTGOMERY COUNTY, MARYLAND ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Notice is hereby given that Plaintiff Mirant Mid-Atlantic, LLC hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order dated July 12, 2010 granting Defendant Montgomery County, Maryland's Motion to Dismiss entered after oral argument and for the reasons stated in the record.

Dated: August 3, 2010     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　Lewis S. Wiener
　　　　　　　　　　　　　　　　　(MD Federal Bar No. 10845)
　　　　　　　　　　　　　　　　　SUTHERLAND ASBILL & BRENNAN LLP
　　　　　　　　　　　　　　　　　1275 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　Washington, DC 20004-2415
　　　　　　　　　　　　　　　　　Phone: (202) 383-0140
　　　　　　　　　　　　　　　　　Fax: (202) 637-3593
　　　　　　　　　　　　　　　　　lewis.wiener@sutherland.com

　　　　　　　　　　　　　　　　　Jeffrey A. Friedman (*not yet admitted*)
　　　　　　　　　　　　　　　　　A. Pilar Mata (*not yet admitted*)
　　　　　　　　　　　　　　　　　Brendan Ballard (*admission pending*)
　　　　　　　　　　　　　　　　　SUTHERLAND ASBILL & BRENNAN LLP
　　　　　　　　　　　　　　　　　1275 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　Washington, DC 20004-2415
　　　　　　　　　　　　　　　　　Phone: (202) 383-0100
　　　　　　　　　　　　　　　　　Fax: (202) 637-3593

jeff.friedman@sutherland.com
pilar.mata@sutherland.com
brendan.ballard@sutherland.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of August, 2010, he caused a true and correct copy of the foregoing Notice of Appeal to be transmitted via ECF and Federal Express on the following:

Scott R. Foncannon  
Office of the County Attorney for Montgomery County, Maryland  
101 Monroe Street, 3rd Floor  
Rockville, MD 20850

Marc Pemble Hansen  
Office of the County Attorney for Montgomery County, Maryland  
101 Monroe Street, 3rd Floor  
Rockville, MD 20850

Patricia P. Via  
Office of the County Attorney for Montgomery County, Maryland  
101 Monroe Street, 3rd Floor  
Rockville, MD 20850

/s/  
Lewis S. Wiener

9362841.1